# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH OKESOLA | ) |
| | ) |
| Plaintiff, | ) Case No. 1:17-cv-04727 |
| | ) |
| vs. | ) Judge John Robert Blakely |
| | ) |
| PENNYMAC LOAN SERVICES, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR DEFENDANT PENNYMAC LOAN SERVICES, LLC

Jason A. Julien hereby moves to withdraw as counsel of record for Defendant PennyMac Loan Services, LLC ("PennyMac"). Locke Lord LLP, by and through its attorney Michael P. McGivney will continue as counsel for PennyMac.

Dated: November 30, 2018            Respectfully Submitted

                                                        PENNYMAC LOAN SERVICES, LLC

                                                        By: */s/ Jason A. Julien*
                                                            One of Its Attorneys

Jason A. Julien (6313165)
*jason.julien@lockelord.com*
Michael P. McGivney (6324324)
*michael.mcgivney@lockelord.com*
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-443-0202

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2018, I electronically filed the foregoing Motion to Withdraw as Counsel by using the CM/ECF system, which will serve a copy on all electronic filing participants.

                      */s/ Jason A. Julien*